UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-80691-MIDDLEBROOKS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**CALZEDONIA USA, INC. d/b/a**
**CALZEDONIA, a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant CALZEDONIA USA, INC. d/b/a CALZEDONIA as to all of his claims in this action *with prejudice,* with the parties to bear his/their own costs and attorney's fees.

    Dated: July 1, 2022

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 1st day of July, 2022, a true and correct of the foregoing was electronically filed and was served via e-mail on the following:

Calzedonia USA, Inc.
c/o Brittany K. Lazzaro, Esq.
TARTER KRINSKY & DROGIN LLP
1250 Broadway
New York, NY  10018
(212) 216-1130
blazzaro@tarterkrinsky.com

                                                /s/ *Roderick V. Hannah*
                                                       Roderick V. Hannah